McGREGOR W. SCOTT
United States Attorney

JUSTIN S. KIM
G. PATRICK JENNINGS
Trial Attorneys, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, DC  20044
Telephone:    (202) 307-0977
Facsimile:    (202) 307-0054
Email:        justin.s.kim@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL TARANTINO,<br><br>    Defendant. | Civil No. 2:06-cv-00618-GEB-PAN<br><br>**ORDER PERMITTING SERVICE OF DEFENDANT MICHAEL TARANTINO BY PUBLICATION** |

    Plaintiff, United States of America (hereinafter "United States"), has filed in the United States District Court for the Eastern District of California, in the above-captioned action, a complaint to nullify false tax liens filed by Defendant Michael Tarantino against employees of the United States.  The United States has moved the Court for entry of an Order authorizing service of process by publication on Michael Tarantino.  Having considered the application, the submissions, and the applicable law, the Court ORDERS the following:

    1.    Pursuant to Fed. R. Civ. P. 4(m) and Cal. Civ. Proc. § 415.50, service upon Michael Tarantino shall be effectuated by publication of the summons not less that once a week for four weeks in the Sacramento Business Journal and the Reno-Gazette Journal.

    2.    Michael Tarantino shall appear or plead in this action no later than twenty days after service by publication is complete, and if there is no appearance or pleading by such date,

        the Court shall proceed as if the absent defendant had been served with process within the State of California.

   3.    The United States is granted a 60-day extension of time to effect service of process upon Michael Tarantino. Service of process on Michael Tarantino shall be completed within 60 days of the date of this order.

IT IS SO ORDERED.

Dated: August 18, 2006

```
                         /s/ Garland E. Burrell, Jr.
                         GARLAND E. BURRELL, JR.
                         United States District Judge
```