McGREGOR W. SCOTT
United States Attorney

JUSTIN S. KIM
G. PATRICK JENNINGS
Trial Attorneys, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, DC  20044
Telephone:    (202) 307-0977
Facsimile:    (202) 307-0054
Email:         justin.s.kim@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL TARANTINO,<br><br>Defendant. | Civil No. 2:06-cv-00618-GEB-PAN<br><br>**[PROPOSED] ORDER GRANTING EXTENSION OF TIME TO COMPLETE SERVICE OF DEFENDANT MICHAEL TARANTINO BY PUBLICATION** |

Plaintiff, United States of America (hereinafter "United States"), has moved for an extension of time to complete service of process by publication on Michael Tarantino.  Having considered the application, the submissions, and the applicable law, the Court ORDERS a forty-day extension of time to effect service of process on Defendant Tarantino.  Service of process on Defendant Tarantino shall be complete no later than November 29, 2006.

IT IS SO ORDERED.

Dated:  October 13, 2006

                              /s/ Garland E. Burrell, Jr.
                              GARLAND E. BURRELL, JR.
                              United States District Judge