1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,

11          Plaintiff,                    2:06-cv-0618-GEB-EFB

12      vs.

13   MICHAEL TARANTINO,

14          Defendant.                    ORDER

15   _____/

16          Plaintiff's motion for default judgment was referred to the magistrate judge

17   pursuant to Local Rule 72-302(c)(19) and 28 U.S.C. § 636(b)(1), and was deemed suitable for

18   submission without oral argument pursuant to Local Rule 78-230(h).

19          On May 24, 2007, the magistrate judge filed findings and recommendations

20   herein which were served on the parties and which contained notice to the parties that any

21   objections to the findings and recommendations were to be filed within ten days.   No objections

22   were filed.

23          The court has reviewed the file and finds the findings and recommendations to be

24   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

25   ORDERED that:

26          1.   The Findings and Recommendations filed May 24, 2007, are adopted in

1

full;

2.  The United States' motion for default judgment is granted and judgment for the United States is entered on all claims;

3.  UCC Financing Statement, Filing Number 05-7015042963, filed by defendant on February 8, 2005, against Internal Revenue Service Commissioner Mark Everson, Compliance Services Operations Managers Noreen Bavaro and Dennis Parizek, Revenue Officer Kathy Parker, Appeals Settlement Officer Rene Swall, and Chapter 13 Bankruptcy Advisor Octavia Butler is declared null, void and of no legal effect.

4.  Leave is granted for plaintiff to file the judgment and order of this court with the California Secretary of State and in the public records of any other jurisdiction where documents identical or similar to UCC Financing Statement, Filing Number 05-7015042963, have, or may have, been filed by defendant; and,

5.  Defendant Michael Tarantino, his agents, employees, and all others acting in active concert or participation with him, are permanently enjoined from filing, or attempting to file, any document or instrument which purports to create or reflect any non-consensual lien or encumbrance against the person or property of the above named IRS employees and officers, or other employees or officers of the United States.  Nevertheless, this permanent injunction does not prevent defendant from applying to any state or federal court of competent jurisdiction in order to obtain relief of any non-frivolous legal claim, and this injunction does not apply to or prohibit liens lawfully created by any judgment of a court of competent jurisdiction.

6.  The Clerk is directed to close the case.

Dated:  July 13, 2007

GARLAND E. BURRELL, JR.
United States District Judge

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26